```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

SARAH WOODS                                              PLAINTIFF

VS.                           CIVIL ACTION NO. 3:08CV491TSL-FKB

JO ANNE BARNHART, COMMISSIONER                           DEFENDANT
SOCIAL SECURITY ADMINISTRATION


<u>ORDER</u>

This cause is before the court on the magistrate judge's June 23, 2011 report and recommendation. No objections having been filed and having reviewed the report and recommendation, the court hereby adopts, as its own opinion, the magistrate judge's report and recommendation with the following clarification.[1] It is ordered that plaintiff's motion is granted to the extent that the decision of the Administrative Law Judge is reversed and the case is remanded for further administrative proceedings consistent with the court's opinion. It is further ordered that Commissioner's motion to affirm is denied.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate F. Keith Ball entered on or about June 23, 2011, be, and the same is hereby, adopted as the finding of this court.

---

[1] By her motion, plaintiff sought reversal and an award of benefits or, alternatively, reversal and remand for further proceedings. While the opening paragraph of the report and recommendation recited that the plaintiff's motion should be granted in part, the concluding paragraph more broadly recommended that plaintiff's motion be granted.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 12th  day of July, 2011.

                                           /s/Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE